1120

No. 96–1696. Dagi v. Chris Motors Corp. et al. C. A. 11th Cir. Certiorari denied.

No. 96–1698. Institut Pasteur et al. v. Cambridge Biotech Corp. C. A. 1st Cir. Certiorari denied.

No. 96–1701. Vernon, Sheriff, Rockingham County v. Harter et al. C. A. 4th Cir. Certiorari denied. ·

No. 96–1708. Holt v. Mitchell, Judge, Circuit Court of Duval County, Florida. Sup. Ct. Fla. Certiorari denied.

No. 96–1709. Holt v. Lee. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–1710. United States Fire Insurance Co. et al. v. Asbestos Claims Management Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 96–1714. Elliott et vir, Representatives of the Estate of Elliott, Deceased v. Leavitt et al. C. A. 4th Cir. Certiorari denied.

No. 96–1718. Homebuilders Association of Central Arizona et al. v. City of Scottsdale et al. Sup. Ct. Ariz. Certiorari denied.

No. 96–1722. RFE Industries, Inc. v. SPM Corp. C. A. 4th Cir. Certiorari denied.

No. 96–1726. American Investors Life Insurance Co. v. Hudson. Ct. App. Ark. Certiorari denied.

No. 96–1729. Kniskern, Administrator of the Estate of Cavaliere, Deceased, et al. v. Township of Somerford et al. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96–1734. Arizona v. Palenkas. Ct. App. Ariz. Certiorari denied.

No. 96–1735. Texas v. Mowbray. Ct. Crim. App. Tex. Certiorari denied.